IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SHEILA SUMMERS, | § | |
| | § | No. 373, 2017 |
| Respondent Below- | § | |
| Appellant, | § | |
| | § | Court Below—Family Court |
| v. | § | of the State of Delaware |
| | § | |
| CHARLES GARRISON, | § | File No. CN15-06533 |
| | § | Pet Nos. 17-12801 and |
| Petitioner Below- | § | 17-15979 |
| Appellee. | § | |

Submitted: November 20, 2017
Decided: November 30, 2017

# **O R D E R**

This 30th day of November 2017, it appears to the Court that, on October 31, 2017, the Chief Deputy Clerk issued a notice to the appellant to show cause why her appeal should not be dismissed for her failure to pay the Family Court appeal fee and for failure to file a completed motion to proceed *in forma pauperis* as directed by the Court. The appellant failed to respond to the notice to show cause within the required ten-day period. Dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that the within appeal is DISMISSED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice